NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JENNIFER J. OXLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email:  Jennifer.Oxley@usdoj.gov

*Counsel for United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNALDO STOCKER,<br><br>Defendant. | Case No. 2:20-cr-00287<br><br>**EX PARTE MOTION TO UNSEAL CASE** |

COMES NOW, the United States of America by and through NICHOLAS A. TRUTANICH, United States Attorney, and JENNIFER J. OXLEY, Assistant United States Attorney, respectfully moves this Court to unseal the criminal case indictment in the above-captioned matter.

//

//

//

//

The defendant has been arrested in California on unrelated charges and will be brought into federal custody for an out-of-state initial appearance in the Eastern District of California. Therefore, the need to keep the complaint sealed has expired.

Dated this 7th day of January, 2021.

Respectfully submitted,

**IT IS SO ORDERED**

**DATED:** 10:58 am, January 11, 2021

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Jennifer Oxley*

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

JENNIFER J. OXLEY
Assistant United States Attorney