RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Reynaldo Stocker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNALDO STOCKER,<br><br>        Defendant. | Case No. 2:20-cr-00287-JAD-BNW<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Reynaldo Stocker, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including June 24, 2021, within which to file the Defendant's pretrial motions currently due May 27, 2021.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 8, 2021, to file any and all responsive pleadings, currently due June 10, 2021.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 15, 2021, to file any and all replies to dispositive motions, currently due June 17, 2021.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review the discovery, research, and prepare pretrial motions.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to review the discovery research and prepare pretrial motions.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 26th day of May 2021.

RENE L. VALLADARES  
Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

By */s/ Nisha Brooks-Whittington*  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

By */s/ Mina Chang*  
MINA CHANG  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REYNALDO STOCKER,

    Defendant.

Case No. 2:20-cr-00287-JAD-BNW

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review the discovery, research, and prepare pretrial motions.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

## **ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including June 24, 2021, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 8, 2021, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 15, 2021, to file any and all replies to dispositive motions.

DATED: June 8, 2021

_____
UNITED STATES MAGISTRATE JUDGE