RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Reynaldo Stocker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00287-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** |
| v. | (Fourth Request) |
| REYNALDO STOCKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Reynaldo Stocker, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including September 8, 2021, within which to file the Defendant's pretrial motions currently due August 9, 2021.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 22, 2021, to file any and all responsive pleadings, currently due August 23, 2021.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 29, 2021, to file any and all replies to dispositive motions, currently due August 30, 2021.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate the charge and prepare pretrial motions.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to investigate the charge and prepare pretrial motions.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 9th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Mina Chang*<br>By_____<br>MINA CHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>REYNALDO STOCKER,<br><br>        Defendant. | Case No. 2:20-cr-00287-JAD-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    Counsel for the defendant needs additional time to investigate the charge and prepare pretrial motions.

    2.    The defendant is not incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

    4.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to investigate the charge and prepare pretrial motions.

    5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 8, 2021, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 22, 2021, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 29, 2021, to file any and all replies to dispositive motions.

**IT IS SO ORDERED**

**DATED:** 10:58 am, August 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**