RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Reynaldo Stocker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00287-JAD-BNW |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO COMPEL** |
| v. | |
| REYNALDO STOCKER, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Reynaldo Stocker, that the reply to the Government's response to motion to compel currently due on October 12, 2021, be vacated and continued and reset for October 19, 2021.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to research and file a reply to the government's response to the motion to compel.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

This is the first request for an extension of time.

DATED this 12th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Mina Chang*<br>By_____<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO STOCKER,<br><br>　　　　Defendant. | Case No. 2:20-cr-00287-JAD-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the reply currently due on Tuesday, October 12, 2021, be filed and continued to Tuesday, October 19, 2021.

DATED: October 13, 2021

_____
UNITED STATES MAGISTRATE JUDGE