RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Nisha Brooks-Whittington

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>REYNALDO STOCKER,<br><br>    Defendant. | Case No. 2:20-cr-00287-JAD-BNW<br><br>**UNOPPOSED MOTION FOR PRETRIAL SERVICES TO RETURN PASSPORT** |

  The defendant, Reynaldo Stocker, by and through his attorney of record, Assistant Federal Public Defender, Nisha Brooks-Whittington, moves this Court, under Federal Rule of Criminal Procedure 47, Local Criminal Rule 47-1 and 18 U.S.C. § 3154 for Pretrial Services to return Mr. Stocker' passport.

  Mr. Stocker surrendered his passport to Pretrial Services as ordered. Pretrial Services has indicated that it requires an Order to release the passport to Mr. Stocker. Considering the upcoming change of plea and sentencing hearing, Mr. Stocker seeks an Order to release his passport. His passport should be released if this Court follows the parties' binding plea

agreement and sentence Mr. Stocker to time served thus relieving him of Pretrial Services supervision.

Defense counsel contacted the Assistant United States Attorney concerning this request and she does not oppose it.

DATED this 20th of December, 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Nisha Brooks-Whittington*

NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Attorney for Reynaldo Stocker

## Order

IT IS ORDERED that ECF No. 55 is GRANTED **subject** to the District Judge's approval of the parties' plea agreement. IT IS FURTHER ORDERED that Pretrial Services will not release Mr. Stocker's passport until the District Judge's approval of the parties' plea agreement.

**IT IS SO ORDERED**
**DATED:** 12:13 pm, December 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 20, 2021, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR PRETRIAL SERVICES TO RETURN PASSPORT** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
MINA CHANG
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender